```
                    IN THE UNITED STATES BANKRUPTCY COURT FOR
                            THE DISTRICT OF PUERTO RICO
```

| IN THE MATTER OF: | |
|---|---|
| JUAN C MONTANEZ BERNARDI | CASE NO. 06-02193SEK<br>Chapter 7 |
| XXX-XX-6999 | |
| | FILED & ENTERED ON 08/17/2006 |
| Debtor(s) | |

**NOTICE**

You are hereby notified that the Trustee appointed in this case has filed a Report of No Distribution.

You must file any objections you may have to said report in writing, within thirty (30) days from notice of this notice, and notify the objection to the U.S. Trustee, the Trustee and the Debtor(s).

Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, if no timely objection is filed by any party in interest, the Court may enter an order discharging the Trustee, cancelling his bond and closing the case pursuant to 11 U.S.C. Section 350(a).

San Juan, Puerto Rico, this 17 day of August, 2006.

                                                    CELESTINO MATTA-MENDEZ
                                                    Clerk of the Court

                                        By:    AIDA MACHARGO
                                                  Deputy Clerk

cc:    all creditors