# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Need to enter District name on judge tab

| IN RE:                        | CASE NUMBER: 06-02193-SED |
|-------------------------------|----------------------------|
| **MONTANEZ BERNARDI, JUAN C** |                            |
| DEBTOR(S)                     | (Chapter 7) NO ASSET CASE  |

## NOTICE OF ABANDONMENT OF PROPERTY

TO: THE HONORABLE COURT, CREDITORS AND PARTIES IN INTEREST:

COMES NOW, Jorge Gerena-Mendez, duly appointed Chapter 7 Trustee of the above captioned case, who respectfully states and prays as follows:

1. Notice pursuant to 11 U.S.C. Section 554(a) is hereby given as to the undersigned trustee's intention to abandon the estate property detailed below:

2. The property being abandoned is as follows:

| Property         | Value    | Amt. Secured | Claimed Exemptions | Other Costs | Value to the Estate |
|------------------|----------|--------------|--------------------|-------------|---------------------|
| 2002 Daewoo Lanos | 2,480.00 | 2,523.65     | 1,000.00           | 0.00        | 0.00                |

3. Even though an offer was received the Bank did not approve the sale, since then no other significant offer has been received as of this date. The trustee intends and hereby abandons this property since this is burdensome or has no value to the estate.

4. Any objection to this abandonment must be filed in writing with the Court and served within fifteen (15) days of the mailing of this notice.

THIS BEING A NO ASSET CASE, THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AS PER THE MASTER ADDRESS LIST.

Date: August 18, 2006

S/Jorge Luis Gerena Mendez

Jorge Gerena-Mendez, Trustee
P.O. Box 195542
San Juan, PR 00919-5542
Tel. (787) 766-0780
Fax. (787) 766-0780